476 A.2d 67

Wetzler v. Wetzler, Appellant.

Argued January 10, 1984. Joseph R. DeCristopher, for appellant; Graham C. Showlater, District Attorney, for appellee.

Before WICKERSHAM, DEL SOLE and MONTEMURO, JJ.

Order vacated and case remanded for proceedings consistent with this opinion.

Jurisdiction relinquished.

WICKERSHAM, J., filed a dissenting memorandum.

476 A.2d 68

Zion v. Fleming, Appellant.

Argued March 14, 1984. Alfred Fleming, appellant, in propria persona; Barbara Ash, for appellee.

Before CAVANAUGH, WIEAND and CIRILLO, JJ.

Order affirmed. Appellant's other requests for relief are denied.